IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cr-00059-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL LAMAR YOUNG,<br><br>Defendant. | ORDER |

This matter is before the court on Defendant's motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) [DE 37; DE 40]. The Federal Bureau of Prisons' inmate locator tool indicates that Defendant has been released from custody. Accordingly, the motions are DENIED as moot.

SO ORDERED this 2d day of October, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE